■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK M. BRAXTON, Appellant. [994 NYS2d 315]—Appeal by the defendant, as limited by his brief, from a sentence of the County Court, Dutchess County (Greller, J.), imposed March 21, 2013, upon his conviction of criminal possession of a weapon in the second degree, upon his plea of guilty.

Ordered that the sentence is affirmed.

The defendant's contention that his sentence was improperly enhanced, in violation of his right of association as guaranteed by the First Amendment to the United States Constitution, is unpreserved for appellate review (*see People v Aliano*, 116 AD3d 874, 875 [2014]; *People v Ocampo*, 52 AD3d 741, 742 [2008]) and, in any event, without merit.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Rivera, J.P., Hall, Austin and Roman, JJ., concur.